CO-386-online

FILED

JAN - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Dontae Bailey, et.al )
) CASE NUMBER  1:06CV00017
)
)  JUDGE: Gladys Kessler
         vs      Plaintiff )
) DECK TYPE: Administrative Agency Rev
Government of the District of )
Columbia ) DATE STAMP: 01/06/2006
)
        Defendant )

JURY ACTION

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __n/a_____ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Anthony R Davenport_ (signature)
Signature

405079                              Anthony R. Davenport, Esq
BAR IDENTIFICATION NO.              Print Name

601 Pennsylvania, Ave., NW Suite 900
Address

Washington, DC   20004
City          State         Zip Code

202-434-8201
Phone Number