## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

D.B.[1] *et al.,*                                    )
A ward of the District of Columbia,    )
                                                            )
    Plaintiffs,                               )
                                                            )
           v.                              )          Civil Action No. 06-0017 (GK)
                                                            )
DISTRICT OF COLUMBIA,                 )
A municipal corporation,                     )
                                                            )
    Defendant.                            )
                                                            )

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
### TIME TO FILE ITS RESPONSE TO PLAINTIFFS' COMPLAINT

      Defendant District of Columbia, through counsel, and pursuant to Fed. R. Civ.

Pro. 6(b)(1), respectfully requests an enlargement of time to file its response to Plaintiffs'

Complaint, from today, February 15, 2006,[2] to and including March 8, 2006.  As grounds

for this Motion, Defendant represents as follows:

1.   Undersigned counsel cannot adequately investigate and address the merits of the

     complaint for all nine students, given the need to speak with various employees of the

     District of Columbia Public Schools, and the multiplicity of the District of Columbia

     Public Schools records that must be located and reviewed.

2.   Pursuant to LCvR 7.1 (m), the undersigned counsel sought and received consent from

     Plaintiffs' counsel for the enlargement of time.

3.   Plaintiffs will not be prejudiced by the granting of this motion.

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).
[2] Plaintiffs served Defendant District of Columbia on January 26, 2006.  A response would be due today,
February 15, 2006, which is 20 days from the date of service.

WHEREFORE, for the reasons stated herein, and pursuant to Fed. R. Civ. P. 6(b)(1), Defendant requests that this Court enlarge the time to file a response to the Complaint to and including March 8, 2006, to file a responsive pleading.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
February 15, 2006                            Washington, D.C. 20001

## POINTS AND AUTHORITIES

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure; and

2. The inherent power of the Court.