**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| D.B. *et al.,* | ) | |
| A ward of the District of Columbia, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0017 (GK) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| A municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for Enlargement of Time to

File Its Response to Plaintiffs' Complaint, it is, on this ____ day of February, 2006:

1.    **ORDERED** that Defendants' motion is **GRANTED**; and it is

2.    **FURTHER ORDERED,** that Defendants' time to respond to the

Complaint is enlarged to and including March 8, 2006.

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE