UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D.B.[1] *et al.,*<br>A ward of the District of Columbia,<br><br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br>A municipal corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0017 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' ANSWER TO COMPLAINT**

Defendants, by counsel, here answer Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

## **JURISDICTION**

1. Defendants admit that this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1415, *et seq*, but deny that this Court has jurisdiction under 42 U.S.C. §§ 1983, *et seq.*

2. Defendants admit the allegations in paragraph 2.

3. Defendants admit the allegations in paragraph 3, except that Defendants have insufficient information at this time to determine whether A.D. is a resident or ward of the District of Columbia.

4. Defendants admit the allegations in paragraph 4.

---
[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).

5. Defendants admit the allegations in the first three sentences of paragraph 5. The remaining allegations are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

6. Defendants admit the allegations in paragraph 6, and note that Mayor Anthony Williams is being sued in his official capacity only and is not a necessary party to this suit.

7. Defendants admit the allegations in paragraph 7.

## STATEMENT OF FACTS

8. The allegations in paragraph 8 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

9. The allegations in paragraph 9 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

10. Defendants are without sufficient knowledge to admit or deny the allegations in paragraph 10.

11. The allegations in paragraph 11 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

12. The allegations in paragraph 12 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

13. Defendants are without sufficient information to either admit or deny the allegations in paragraph 13.

14. Defendants are without sufficient information to either admit or deny the allegations in paragraph 14.

15. Defendants are without sufficient information to either admit or deny the allegations in paragraph 15.

16. Defendants deny the allegations in paragraph 16.

17. Defendants are without sufficient information to either admit or deny the allegations in paragraph 17.

18. Defendants are without sufficient information to either admit or deny the allegations in paragraph 18.

19. Defendants are without sufficient information to either admit or deny the allegations in paragraph 19.

20. Defendants are without sufficient information to either admit or deny the allegations in paragraph 20.

21. Defendants are without sufficient information to either admit or deny the allegations in paragraph 21.

22. Defendants are without sufficient information to either admit or deny the allegations in paragraph 22.

23. Defendants are without sufficient information to either admit or deny the allegations in paragraph 23.

BY WAY OF FURTHER ANSWER, Defendants deny all allegations of wrongdoing not otherwise responded to or admitted.[2]

---

[2] While Plaintiffs have not listed their Counts against Defendants, Defendants here deny any allegations of wrongdoing, pursuant to the IDEA and 42 U.S.C. §§ 1983 *et seq.*

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint contains claims by Plaintiffs that might be barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Certain of the named Plaintiffs do not have the legal capacity to bring and maintain this action.[3]

WHEREFORE, Defendants demand that the Complaint be dismissed and that Defendants be awarded the expense of litigation, costs, and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
March 8, 2006                             (202) 724-6614

---

[3] In filing this Answer, Defendants do not waive their right to challenge the legal capacity of certain Plaintiffs to bring and maintain this action.