# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D.B. *et al.,*<br>A ward of the District of Columbia,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br>A municipal corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-0017 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

Upon consideration of the March 16, 2006, Joint Meet and Confer Statement and representations made in court by counsel at the March 22, 2006, Initial Scheduling Conference, it is hereby **ORDERED** that this case shall proceed with the following deadlines:

    a.  Plaintiffs will amend their Complaint to identify and substitute the guardians' names for the minors D.B., C.E., A.D., and D.R. within 45 days of the Scheduling Order.

    b.  Plaintiffs also will file all pertinent documents to establish fee entitlement, such as invoices and hearing officer's decisions, within 45 days of the Scheduling Order.

    c.  Plaintiffs and Defendant will file cross-dispositive motions within 45 days of Plaintiffs' filing of pertinent documents.

    d.  Plaintiffs and Defendant will file their oppositions no later than 30 days from the date of the filing of the cross-dispositive motions.

    e.  Plaintiffs and Defendant will file their replies no later than 20 days from the filing of the oppositions.

f.   If necessary, once dispositive motions have been ruled on, a status conference to

discuss the need for a pre-trial conference will be set within 30 days of the date of

the order.

It is **FURTHER ORDERED** that:

Deadlines may be continued only by leave of the Court.


_____

Date

_____

Gladys Kessler
United States District Court Judge