UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. B. *et al.* | ) |
|      Plaintiffs | ) |
| v. | ) Civil Action No: 1:06cv00017 GK) |
| | ) Next Date: May 9, 2006 (status) |
| District of Columbia | ) |
|      Defendants | ) |

-------------------------------------------------------------------------------------------------

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OR TIME, NUNC PRO TUNC, TO FILE THE AMENDED COMPLAINT AND ACCOMPANYING EXHIBITS**

Plainitffs, by and through undersigned counsel, respectfully move this Court for an extension of time, nunc pro tunc, to file the amended complaint and accompanying exhibits, on the grounds that Plaintiffs were unable to timely electronically file the amended complaint and accompanying due to technological difficulties with the process of converting the exhibit attachments to the required PDF format for electronic filings. Undersigned counsel became aware of this problem on May 5, 2006 and contacted the Defendant's counsel on that date to obtain consent to late file the amended complaint.

                                                 Respectfully submitted,

                                                 /s/ Angela T'nia Green
                                                 Anthony R. Davenport, Esq., P.C.
                                                 601 Pennsylvania Avenue
                                                 Suite 900
                                                 Washington D.C. 20004