UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D. B. et al.** | ) |
|       Plaintiffs | ) |
|   v. | ) |
| | ) |
| **District of Columbia** | ) Civil Action No: 1:06cv00017 (GK) |
| | ) |
|       Defendant | ) |
| _____ | ) _____ |

Upon consideration of the Plaintiffs' consent motion for an extension of time, nunc pro tunc, to file the amended complaint, it is on this _____ day of May, 2006:

**ORDERED** that Plaintiffs' motion is hereby **GRANTED**.


_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE