UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHEILA ANN PERKINS, *et al.*,<br>Parent and Next Friend of D.B., a Minor,[1]<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0017 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANT'S ANSWER TO THE AMENDED COMPLAINT**

Defendant, by counsel, here answers Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

### **JURISDICTION**

1.　　Defendant admits that this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1415 *et seq.*, but denies that this Court has jurisdiction under 42 U.S.C. §§ 1983 *et seq.*

2.　　Defendant admits the allegations in paragraph 2.

3.　　Defendant admits the allegations in paragraph 3.

4.　　Defendant admits the allegations in paragraph 4.

5.　　Defendant admits the allegations in the first three sentences of paragraph 5. The remaining allegations are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

6.　　Defendant admits the allegations in paragraph 6.

---
[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).

7.   Defendant admits the allegations in paragraph 7.

## STATEMENT OF FACTS

8.   The allegations in paragraph 8 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

9.   The allegations in paragraph 9 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

10.   Defendant admits the allegations in paragraph 10.

11.   The allegations in paragraph 11 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

12.   Defendant is without information to respond to the allegations in paragraph 12.

13.   The allegations in paragraph 13 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

14.   Defendant admits the allegations in Paragraph 14 with regard to C.E., D.B., and D.R., but Defendant is without sufficient information to either admit or deny the allegations in paragraph 14 with respect to the remaining Plaintiffs.

15.   Defendant denies the allegations in paragraph 15.

16.   Defendant denies the allegations in paragraph 16.

17.   Defendant admits the allegations in Paragraph 17 with regard to C.E., D.B., and D.R., but Defendant is without sufficient information to either admit or deny the allegations in paragraph 17 with respect to the remaining Plaintiffs.

18. Defendant admits the allegations in Paragraph 18 with regard to C.E., D.B., and D.R., but Defendant is without sufficient information to either admit or deny the allegations in paragraph 18 with respect to the remaining Plaintiffs.

19. Defendant denies the allegations in paragraph 19.

20. Defendant is without sufficient information to either admit or deny the allegations in paragraph 20.

21. Defendant is without sufficient information to either admit or deny the allegations in paragraph 21.

22. Defendant is without sufficient information to either admit or deny the allegations in paragraph 22.

23. Defendant is without sufficient information to either admit or deny the allegations in paragraph 23.

BY WAY OF FURTHER ANSWER, Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.[2]

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint alleges violations outside of applicable time limitations.

### THIRD AFFIRMATIVE DEFENSE

The Complaint seeks payment of fees above the fees caps in the applicable District of Columbia Appropriations Acts.

---

[2] While Plaintiffs have not listed their Counts against Defendant, Defendant here denies any allegations of wrongdoing, pursuant to the IDEA and 42 U.S.C. §§ 1983 *et seq*.

**FOURTH AFFIRMATIVE DEFENSE**

The Complaint seeks payment of unreasonable fees.

**FIFTH AFFIRMATIVE DEFENSE**

The Complaint seeks payment of fees for services that are not compensable.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
May 30, 2006                    (202) 724-6614