UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. B. *et al.* | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) Civil Action No: 1:06cv00017 GK) |
| | ) Next Date: none scheduled |
| District of Columbia | ) |
| | ) |
|     Defendants | ) |
| | ) |

--------------------------------------------------------------------------------

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an extension of time to file a motion for summary judgment in the above-captioned case, for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of the Plaintiffs' Motion for an Extension of time to File a Motion for Summary Judgment. The Defendant opposes this motion.

Respectfully submitted,

/s/ Angela T. Green
Angela T. Green, Esq., # 484436

Attorneys for Plaintiffs
ANTHONY R. DAVENPORT, ESQ., P.C.
601 Pennsylvania Avenue
Suite 900
Washington D.C. 20004
202-434-8252 (telephone)
202-220-3116 (facsimile