UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. B. *et al.* | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | )Civil Action No: 1:06cv00017 GK) |
| | ) Next Date: none scheduled |
| District of Columbia | ) |
| | ) |
|     Defendants | ) |
| | ) |

-----------------------------------------------------------------------------------------------------------

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an extension of time to file a motion for summary judgment in the above-captioned case. Plaintiffs request a short extension of seven (7) business days to file their motion for summary judgment.

Approximately five (5) business days prior to the Court's dispositive motions deadline, undersigned counsel learned that the Plaintiffs' counsel's electronic legal research subscription has been suspended. To date, Plaintiffs' counsel's electronic research subscription has not been reinstated. As a result, undersigned counsel has been unable to complete the legal research necessary to draft an appropriate summary judgment motion in this matter. Undersigned counsel is aware that there have been several changes to the law addressing the administration of due process rights under the IDEA since Plaintiffs' counsel last filed such a complaint, in 2003.

Thus, undersigned counsel respectfully requests this short extension of time in which to file the Plaintiffs' motion for summary judgment, so that Plaintiffs' counsel can reinstate the electronic legal research subscription, or otherwise arrange for the necessary legal research to be conducted.

Respectfully submitted,

/s/ Angela T. Green
Angela T. Green, Esq., # 484436

Attorneys for Plaintiffs
ANTHONY R. DAVENPORT, ESQ., P.C.
601 Pennsylvania Avenue
Suite 900
Washington D.C. 20004
202-434-8252 (telephone)
202-220-3116 (facsimile