UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. B. *et al.* | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | )  **Civil Action No: 1:06cv00017 GK)** |
| | )  **Next Date: none scheduled** |
| District of Columbia | ) |
| | ) |
|     Defendants | ) |
| | ) |

---

**ORDER**

Upon consideration of the Plaintiffs' Motion for an Extension of Time to File a Motion for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, and of the record herein, it is, this _____ day of _____, 2006,

ORDERED, that the motion of the Plaintiffs is hereby GRANTED.

_____
Gladys Kessler
UNITED STATES DISTRICT JUDGE