UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHEILA ANN PERKINS, *et al.*,<br>Parent and Next Friend of D.B., a Minor,[1]<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | Civil Action No. 06-0017 (GK)<br>Oppositions to Motions due 08/01/06 |

## ORDER

Upon consideration of the "Defendant's Motion for Dismissal of the Complaint, or in the Alternative, for Partial Dismissal of the Complaint with Regard to Plaintiffs Perkins, Estes, Roscoe, and Santo," any Opposition and Reply thereto, and the record herein, it is hereby

**ORDERED** that:

the Complaint is **DISMISSED WITH PREJUDICE.**

_____         _____
Date                                           Gladys Kessler
                                                    United States District Court Judge

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).