# Exhibit 2

District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944



| | | | | |
|---|---|---|---|---|
| **Attorney Firm** | Cathy Braxton | | **Dates of Service** | 7/10/2003 to 8/11/2003 |
| **Student** | J█████ H█████ | | **OGC Control** | 5257 |
| **Date Received** | 6/29/2006 | | **Attorney Invoice** | |
| **HOD DATE** | 8/11/2003 | | **Fiscal Year** | 2006 |

### Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| **Attorney's Fees** | $3,900.00 | $0.00 |
| **Expert/Advocate Fees** | $0.00 | $0.00 |
| **Attorney's Expenses** | $0.00 | $0.00 |
| **TOTAL** | $3,900.00 | $0.00 |

| | |
|---|---|
| Total Before Partial Payment | $0.00 |
| Partial Payment | $0.00 |
| Total Amount Approved | $0.00 |

### Disputes

| OGC | Date of Dispute | Dispute Type | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5257 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5257 | | Expert/Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5257 | | Fee | Attorney Invoiced Fees | No Denial of FAPE | $3,900. | 1 | $3,900.00 | $0.00 | 0 | $0.00 | 1 | $3,900.00 |
| **Totals** | | | | | | | $3,900.00 | | | $0.00 | | $3,900.00 |

**Attorney Charges**

| | |
|---|---|
| Invoiced Attorney Fee Amount | $3,900.00 |
| Disputed Attorney Fee Amount | $3,900.00 |
| Pre-Cap Approved Attorney Fee Amount | $0.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 |
| Approved Attorney Fees | $0.00 |

**Expert/Advocate Charges**

| | |
|---|---|
| Total Invoiced Expert Charges: | $0.00 |
| Disputed Expert Fee | $0.00 |
| Approved Expert Fee | $0.00 |

**Attorney Expenses**

| | |
|---|---|
| Invoiced Attorney Expenses | $0.00 |
| Disputed Attorney Expenses | $0.00 |
| Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By: _[signature]_

Attorney Fee Cap Amount: $4,000.00

Cathy Braxton    5257    H█████    Page 1 of 1