# Exhibit 3



# Attorney Invoice Submission

District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944
Phone- 202-442-5000, Fax- 202-442-5098

| | | | | | |
|---|---|---|---|---|---|
| *Attorney Firm* | Cathy Braxton | | *Funding Fiscal Year:* | 2006 | |
| *Payable to Attorney unless otherwise notated here:* | Attorney | | *Date Sent to Finance:* | 6/29/2006 | |
| *GAO: 0636511 Program Code: 7100L* | | | *Object Class: 40 Object Code: 051* | | |

| OGC Control Number | Student First Name | Student Last Name | Inovice No. | HOD Date | Approved Amount |
|---|---|---|---|---|---|
| 5256 W▮ | M▮ | W▮ | | 8/14/2003 | $1,400.00 |
| 5258 B▮ | A▮ | B▮ | | 8/11/2003 | $1,800.00 |
| 5259 B▮ | A▮ | B▮ | 00011 | 6/13/2003 | $2,450.00 |
| 5260 P▮ | J▮ | P▮ | | 8/27/2003 | $1,700.00 |

| Total | 4 | | | | $7,350.00 |
|---|---|---|---|---|---|

Submitted by: **Attorney Invoice Processing Team**        Date
Received by:    G·K                                        Date 6/29/06

Page 1 of 1

**District of Columbia Public Schools**
**OFFICE OF THE GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944



| | | | | |
|---|---|---|---|---|
| **Attorney Firm** | Cathy Braxton | **Dates of Service** | 7/10/2003 to | 8/14/2003 |
| **Student** | M█████ W█████ | **OGC Control** | 5256 | |
| **Date Received** | 6/29/2006 | **Attorney Invoice** | | |
| **HOD DATE** | 8/14/2003 | **Fiscal Year** | 2006 | |

## Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| **Attorney's Fees** | $2,600.00 | $1,400.00 |
| **Expert/Advocate Fees** | $0.00 | $0.00 |
| **Attorney's Expenses** | $0.00 | $0.00 |
| **TOTAL** | $2,600.00 | $1,400.00 |

| | |
|---|---|
| Total Before Partial Payment | $1,400.00 |
| Partial Payment | $0.00 |
| Total Amount Approved | $1,400.00 |

## Disputes

| OGC | Date of Dispute | Dispute Type | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Approved Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5256 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5256 | | Expert/Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5256 | 7/10/2003 | Fee | Record Retrieval | Administrative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5256 | 7/28/2003 | Fee | Cross Exam Preparation | Pre 5 Day WK | $200.00 | 2.5 | $500.00 | $0.00 | 0 | $0.00 | 2.5 | $500.00 |
| 5256 | 8/3/2003 | Fee | Direct Exam Preparation | Duplicative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5256 | 8/14/2006 | Fee | Hearing Attendance/Pre | Unsubstantiated | $200.00 | 1.5 | $300.00 | $0.00 | 0 | $0.00 | 1.5 | $300.00 |
| **Totals** | | | | | | | $1,200.00 | | | $0.00 | | $1,200.00 |

**Attorney Charges**

| | |
|---|---|
| Invoiced Attorney Fee Amount | $2,600.00 |
| Disputed Attorney Fee Amount | $1,200.00 |
| Pre-Cap Approved Attorney Fee Amount | $1,400.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 |
| Approved Attorney Fees | $1,400.00 |

**Expert/Advocate Charges**

| | |
|---|---|
| Total Invoiced Expert Charges: | $0.00 |
| Disputed Expert Fee | $0.00 |
| Approved Expert Fee | $0.00 |

**Attorney Expenses**

| | |
|---|---|
| Invoiced Attorney Expenses | $0.00 |
| Disputed Attorney Expenses | $0.00 |
| Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By: _(signature)_

Attorney Fee Cap Amount:    $4,000.00

Cathy Braxton    5256    W█████    Page 1 of 1

2

District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944

| | | | |
|---|---|---|---|
| Attorney Firm | Cathy Braxton | Dates of Service | 7/1/2003 to 8/11/2003 |
| Student | A___ B___ | OGC Control | 5258 |
| Date Received | 6/29/2006 | Attorney Invoice | |
| HOD DATE | 8/11/2003 | Fiscal Year | 2006 |

### Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| Attorney's Fees | $3,000.00 | $1,800.00 |
| Expert/Advocate Fees | $0.00 | $0.00 |
| Attorney's Expenses | $0.00 | $0.00 |
| TOTAL | $3,000.00 | $1,800.00 |

| | |
|---|---|
| Total Before Partial Payment | $1,800.00 |
| Partial Payment | $0.00 |
| Total Amount Approved | $1,800.00 |

### Disputes

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5258 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5258 | | Expert/Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5258 | 7/1/2003 | Fee | Record Retrieval | Administrative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5258 | 7/26/2003 | Fee | Cross Exam Preparation | Unsubstantiated | $200.00 | 2 | $400.00 | $0.00 | 0 | $0.00 | 2 | $400.00 |
| 5258 | 8/11/2003 | Fee | Hearing Attendance/Pre | Time Inconsistent | $200.00 | 3 | $600.00 | $0.00 | 0 | $0.00 | 3 | $600.00 |
| Totals | | | | | | | $1,200.00 | | | $0.00 | | $1,200.00 |

**Attorney Charges**

| | |
|---|---|
| Invoiced Attorney Fee Amount | $3,000.00 |
| Disputed Attorney Fee Amount | $1,200.00 |
| Pre-Cap Approved Attorney Fee Amount | $1,800.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 |
| Approved Attorney Fees | $1,800.00 |

**Expert/Advocate Charges**

| | |
|---|---|
| Total Invoiced Expert Charges: | $0.00 |
| Disputed Expert Fee | $0.00 |
| Approved Expert Fee | $0.00 |

**Attorney Expenses**

| | |
|---|---|
| Invoiced Attorney Expenses | $0.00 |
| Disputed Attorney Expenses | $0.00 |
| Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By: _[signature]_

Attorney Fee Cap Amount: $4,000.00

Cathy Braxton   5258   B___   Page 1 of 1

3

District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944



| | | | | |
|---|---|---|---|---|
| Attorney Firm | Cathy Braxton | Dates of Service | 4/22/2003 to | 6/3/2003 |
| Student | | OGC Control | 5259 | |
| Date Received | 6/29/2006 | Attorney Invoice | 00011 | |
| HOD DATE | 6/13/2003 | Fiscal Year | 2006 | |

## Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| Attorney's Fees | $3,350.00 | $2,450.00 |
| Expert/Advocate Fees | $0.00 | $0.00 |
| Attorney's Expenses | $0.00 | $0.00 |
| TOTA | $3,350.00 | $2,450.00 |

| | |
|---|---|
| Total Before Partial Payment | $2,450.00 |
| Partial Paymen | $0.00 |
| Total Amount Approved | $2,450.00 |

## Disputes

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5259 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5259 | | Expert/Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5259 | 4/22/2003 | Fee | Record Retrieval | Administrative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5259 | 5/24/2003 | Fee | Direct Exam Preparation | Duplicative | $200.00 | 1.5 | $300.00 | $0.00 | 0 | $0.00 | 1.5 | $300.00 |
| 5259 | 5/24/2003 | Fee | Direct Exam Preparation | Duplicative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5259 | 6/3/2003 | Fee | Hearing Attendance/Pre | Unsubstantiated | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| Totals | | | | | | | $900.00 | | | $0.00 | | $900.00 |

**Attorney Charges**

| | |
|---|---|
| Invoiced Attorney Fee Amount | $3,350.00 |
| Disputed Attorney Fee Amount | $900.00 |
| Pre-Cap Approved Attorney Fee Amount | $2,450.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 |
| Approved Attorney Fees | $2,450.00 |

**Expert/Advocate Charges**

| | |
|---|---|
| Total Invoiced Expert Charges: | $0.00 |
| Disputed Expert Fee | $0.00 |
| Approved Expert Fee | $0.00 |

**Attorney Expenses**

| | |
|---|---|
| Invoiced Attorney Expenses | $0.00 |
| Disputed Attorney Expenses | $0.00 |
| Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By: _____

Attorney Fee Cap Amount:    $4,000.00

Cathy Braxton    5259    Page 1 of 1

4

District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944

| | | | | |
|---|---|---|---|---|
| **Attorney Firm** | Cathy Braxton | **Dates of Service** | 7/7/2003 to 8/27/2003 | |
| **Student** | J███ F███ | **OGC Control** | 5260 | |
| **Date Received** | 6/29/2006 | **Attorney Invoice** | | |
| **HOD DATE** | 8/27/2003 | **Fiscal Year** | 2005 | |

## Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| Attorney's Fees | $2,700.00 | $1,700.00 |
| Expert/Advocate Fees | $0.00 | $0.00 |
| Attorney's Expenses | $0.00 | $0.00 |
| TOTA | $2,700.00 | $1,700.00 |

Total Before Partial Payment   $1,700.00
Partial Paymen                 $0.00
Total Amount Approved          $1,700.00

## Disputes

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5260 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5260 | | Expert/Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5260 | 7/7/2003 | Fee | Record Retrieval | Administrative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5260 | 7/21/2003 | Fee | Direct Exam Preparation | Duplicative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5260 | 7/28/2003 | Fee | Cross Exam Preparation | Duplicative | $200.00 | 2 | $400.00 | $0.00 | 0 | $0.00 | 2 | $400.00 |
| 5260 | 8/27/2003 | Fee | Hearing Attendance/Pre | Unsubstantiated | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| **Totals** | | | | | | | $1,000.00 | | | $0.00 | | $1,000.00 |

**Attorney Charges**

| | | **Expert/Advocate Charges** | |
|---|---|---|---|
| Invoiced Attorney Fee Amount | $2,700.00 | Total Invoiced Expert Charges: | $0.00 |
| Disputed Attorney Fee Amount | $1,000.00 | Disputed Expert Fee | $0.00 |
| Pre-Cap Approved Attorney Fee Amount | $1,700.00 | Approved Expert Fee | $0.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 | **Attorney Expenses** | |
| Approved Attorney Fees | $1,700.00 | Invoiced Attorney Expenses | $0.00 |
| | | Disputed Attorney Expenses | $0.00 |
| | | Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team        Attorney Fee Cap Amount:   $4,000.00

Approved By: [signature]                                   Cathy Braxton    5260 ███    Page 1 of 1

5