UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. B. *et al.* | ) |
| | ) |
|       **Plaintiffs** | ) |
| v. | ) |
| | ) Civil Action No: 1:06cv00017 (GK) |
| District of Columbia | ) Next Date: None Set |
| | ) |
|       **Defendants** | ) |

**ORDER**

Plaintiffs, minor children and the parents, guardians, and court-appointed advocates of minor children, seek to collect attorney's fees incurred in bringing successful administrative actions under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*. The Defendant is the Government of the District of Columbia. This matter is before the Court on Plaintiffs' Motion for Summary Judgment. Upon consideration of the Motion, the Opposition, the Reply, and the entire record, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Defendant shall, within 30 days from the date of this Order, pay to Plaintiffs the following attorney's fees incurred in bringing successful IDEA administrative actions: $1,485.00 to Plaintiff Sheila Ann Perkins for minor Plaintiff D.B.; $1,200.00 to Plaintiff Erika Bunton for minor Plaintiff A.B.; $2,012.50 to Plaintiff Charles Estes for minor Plaintiff C.E.; $900.00 to Plaintiff Carrie Jones for minor Plaintiff A.E.; $953.75 to Plaintiff

Nicole Dixon for minor Plaintiff A.D.; $1,000.00 to Plaintiff Lisa Fletcher for minor Plaintiff J.F.; $3,900.00 to Plaintiff Grace Santo for minor Plaintiff J.H.; $1,400.00 to Plaintiff Shannon Roscoe for minor Plaintiff D.R.; and $1,200.00 to Plaintiff Tyronnis Carmichael for minor Plaintiff M.W.; and it is further

**ORDERED** that Plaintiffs are awarded attorneys' fees and other costs incurred by virtue of the instant fee litigation, and it is further

**ORDERED** that Plaintiffs shall, within 20 days from the date of this Order, submit to the Court a detailed request for all attorney's fees and other costs incurred by virtue of the instant litigation.

_____ \_\_\_\_, 2006

_____/s/_____
GLADYS KESSLER
U.S. District Court Judge