**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
*OFFICE OF MANAGEMENT SERVICES*
**SPECIAL EDUCATION DUE PROCESS HEARING**

| | | |
|---|---|---|
| In The Matter of: | ) | Hearing Date: June 3, 2003 |
| | ) | |
| Andreas Evans, | ) | Present School: |
| Date of Birth:  September 8, 1983 | ) | Spingarn High School |
| ("Student"), | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| District of Columbia Public Schools | ) | |
| 825 North Capital Street, NW | ) | |
| Washington, DC | ) | |
| ("DCPS" or "District") | ) | |
| | ) | David R. Smith, Esq. |
| Respondent. | ) | Impartial Hearing Officer |

## HEARING OFFICER'S DETERMINATION AND ORDER

**Participants:**

Student's Education Advocate:

Cathy Braxton Esq..
217 15th Street, NE
Washington, D.C. 20002

Guardian Ad Litem:

Jesse Goode, Esq.

Counsel for DCPS:

Michael Levy, Esq.
Office of the General Counsel
825 North Capitol Street, NE
9th Floor
Washington
Washington, D.C. 20002

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
*OFFICE OF MANAGEMENT SERVICES*

**SPECIAL EDUCATION DUE PROCESS HEARING**

**INTRODUCTION:**

A Due Process Hearing was convened on June 3, 2003 at the District of Columbia Public Schools ("DCPS"), 825 North Capitol Street, N.E. Washington, D.C. 20002. The hearing was held pursuant to a hearing request submitted by counsel for the parent dated May 9, 2003.

**JURISDICTION:**

The Hearing was scheduled and this decision was written pursuant to the *Individuals with Disabilities Education Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the *Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145,* effective October 21, 1998.

**DUE PROCESS RIGHTS:**

Counsel for the parent waived a formal reading of the Due Process Rights.

**FIVE-DAY DISCLOSURES:**

**Parent:**

AW-01, through AE-12, per Disclosure Letter dated 5-27-03

**SUMMARY OF RELEVANT EVIDENCE:**

The hearing request was filed based on the contention that DCPS had failed to develop an appropriate IEP for the student and determine an appropriate placement. As the hearing proceeded, the parties discussed the case and were able to reach an agreement on the record. Based on their agreement, DCPS will conduct a vocational assessment of the student by June 20, 2003, reconvene an MDT/IEP/Placement meeting within 10 business days of the completion of the vocational assessment. A copy of the vocational assessment will be provided to the educational advocate no later than 48 hours prior to the MDT/IEP/Placement meeting. The MDT/IEP meeting will be scheduled through the offices of the special education advocate. Also, the form and quantity of any claim for entitlement to compensatory education shall be discussed at the MDT/IEP/Placement meeting.

The education advocate and the GAL stated that the student has expressed an interest in office/clerical/retail duties and therefore have requested that DCPS fund the participation of an independent expert to assist the MDT/IEP/Placement team in

identifying vocational programs appropriate for the student in view of his disability classification of mentally retarded. The funding request is for an amount not to exceed $500.00.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

The Hearing Officer finds that the terms of the agreement as stated on the record are in the best interest of the student and therefore will issue this Hearing Officer's Determination incorporating the terms of the agreement as stated herein. The Hearing Officer also finds that the request for the independent expert with regard to identifying appropriate vocational programs in office/clerical and retail duties in an amount not to exceed $500.00 to be reasonable.

**ORDER:**

1.    DCPS will conduct a vocational assessment of the student by June 20, 2003 and reconvene an MDT/IEP/Placement meeting within 10 business days of the completion of the vocational assessment. A copy of the vocational assessment will be provided to the educational advocate no later than 48 hours prior to the MDT/IEP/Placement meeting.

2.    The form and quantity of any claim for entitlement to compensatory education shall be discussed at the MDT/IEP/Placement meeting.

3.    DCPS shall fund an independent expert to assist the MDT/IEP/Placement team identify appropriate vocational programs in office/clerical and retail fields in an amount not to exceed $500.00.

4.    All notices of meeting will be sent to the educational advocate and any delay in matter referenced above caused by the student or his representatives will extend the applicable time line by one day for each day of delay.

**APPEAL PROCESS:**

**This is the final administrative decision in this matter.  Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.**

David R. Smith
Hearing Officer

Date  1 - 13-03

Issued  6-13-03

# District of Columbia Public Schools

**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002-1994
Phone 202-442-5000, Fax 202-442-5098

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

**1. Attorney Information**

| | |
|---|---|
| **Law Firm** | Sole Practitioner |
| **Attorney** | Cathy A. Braxton |
| **Attorney's Federal Tax ID#** | 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 |
| **D.C. Bar #** | 441105 |

**2. Student Information**

| | |
|---|---|
| **Name** | Andreas Evans |
| **DOB** | 9/8/83 |
| **Date of Determination (HOD/SA)** | 6/13/03 |
| **Parent/Guardian Name** | District of Columbia, Ward |
| **Parent/Guardian Address** | c/o Carrie Jones, SW |
| | 441 4th Street, SW |
| | Washington, DC 20024 |
| **Current School** | Spingarn HS |

**3. Invoice Information**

| | |
|---|---|
| **Invoice Number** | 00011 |
| **Date Request Submitted** | 7/28/03 |
| **Dates Services Rendered** | 4/22/03-6/3/03 |
| **Amount of Payment Request** | $3350.00 |

**4. Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service provides;
- I understand that the making of a false statement to any agency of the DC Government is punishable by criminal penalties to D.C. Code Section 22-2405.

_____
Signature

_7/25/03_
Date

Plaintiffs' Ex. D:2

**Law Office of**
**Cathy A. Braxton**

217 15th Street, NE
Washington, D.C. 20002
Tel. 202-487-6528
Fax 202-543-8163

## BILLING INVOICE

| | |
|---|---|
| Name of Student: | Andreas Evans |
| Date of Birth: | 9/8/83 |
| Date of Hearing: | 6/3/03 |
| Re: | Attorney Billing Invoice; Hourly Rate $200.00 |

| **Description of Duties** | **Time Spent** | **Date** | **Amount Due** |
|---|---|---|---|
| Retrieval of Records | 1.0 | 4/22/03 | 200.00 |
| Discussion with Carrie Jones, Social Regarding Due Process Hearing. | 1.0 | 4/24/03 | 200.00 |
| Discussion with Jesse Goode, GAL Regarding Due Process Hearing | 1.0 | 4/24/03 | 200.00 |
| Review of Educational Documentation | 1.5 | 4/26/03 | 350.00 |
| Draft of Due Process Amended Hearing Request | 1.0 | 5/21/03 | 200.00 |
| Research Law, Regulations, and Court Cases Concerning FAPE Provisions | 1.5 | 5/21/03 | 350.00 |
| Discussion with Andreas Evans regarding Testimony at Due Process Hearing | 1.0 | 5/22/03 | 200.00 |
| Direct Examination Preparation for | | | |

Plaintiffs' Ex. D:3

| | | | |
|---|---|---|---|
| Carrie Jones, Social Worker | 1.5 | 5/24/03 | 350.00 |
| Direct Examination Preparation for Jesse Goode, GAL | 1.0 | 5/26/03 | 200.00 |
| Cross-Examination Preparation for Ms. Hickman, Special Education Coordinator, Spingarn HS | 1.0 | 5/26/03 | 200.00 |
| Cross-Examination Preparation for Cheryl Summers, DCPS, Psychologist | 1.50 | 5/27/03 | 350.00 |
| Draft Five Day Disclosure Letter | 1.0 | 5/22/03 | 200.00 |
| Due Process Hearing Appearance | 1.0 | 6/3/03 | 200.00 |
| Draft Letter to Compel Attendance And Testimony of Witnesses | .75 | 5/22/03 | 150.00 |

**Total**        $ 3350.00

Case 1:06-cv-00017-GK    Document 14    Filed 07/03/2006    Page 5 of 8

District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944

| Attorney Firm | Cathy Braxton | Dates of Service | 4/22/2003 to 6/3/2003 |
|---|---|---|---|
| Student | | OGC Control | 5259 |
| Date Received | 6/29/2006 | Attorney Invoice | 00011 |
| HOD DATE | 6/13/2003 | Fiscal Year | 2006 |

## Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| Attorney's Fees | $3,350.00 | $2,450.00 |
| Expert/Advocate Fees | $0.00 | $0.00 |
| Attorney's Expenses | $0.00 | $0.00 |
| TOTAL | $3,350.00 | $2,450.00 |

| | |
|---|---|
| Total Before Partial Payment | $2,450.00 |
| Partial Payment | $0.00 |
| Total Amount Approved | $2,450.00 |

## Disputes

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5259 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5259 | | Expert/ Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5259 | 4/22/2003 | Fee | Record Retrieval | Administrative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5259 | 5/24/2003 | Fee | Direct Exam Preparation | Duplicative | $200.00 | 1.5 | $300.00 | $0.00 | 0 | $0.00 | 1.5 | $300.00 |
| 5259 | 5/24/2003 | Fee | Direct Exam Preparation | Duplicative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5259 | 6/3/2003 | Fee | Hearing Attendance/Pre | Unsubstantiated | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| Totals | | | | | | | $900.00 | | | $0.00 | | $900.00 |

### Attorney Charges

| | |
|---|---|
| Invoiced Attorney Fee Amount | $3,350.00 |
| Disputed Attorney Fee Amount | $900.00 |
| Pre-Cap Approved Attorney Fee Amount | $2,450.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 |
| Approved Attorney Fees | $2,450.00 |

### Expert/Advocate Charges

| | |
|---|---|
| Total Invoiced Expert Charges: | $0.00 |
| Disputed Expert Fee | $0.00 |
| Approved Expert Fee | $0.00 |

### Attorney Expenses

| | |
|---|---|
| Invoiced Attorney Expenses | $0.00 |
| Disputed Attorney Expenses | $0.00 |
| Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By: _____

Attorney Fee Cap Amount:    $4,000.00

Cathy Braxton    5259 E        Page 1 of 1

Plaintiffs' Ex. D:4

# District of Columbia Public Schools

## *Office of Management Services*
## <u>*confidential*</u>

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| **In the Matter of** ) | **HEARING OFFICER'S** |
| ) | **MEMORANDUM OF** |
| AUZHANE  DIXON, student ) | |
| Date of Birth: March 26, 1996 ) | |
| Petitioner, ) | <u>**SETTLEMENT AGREEMENT**</u> |
| ) | |
| versus ) | Hearing Date: January 31, 2003 |
| ) | |
| The District of Columbia Public Schools, ) | Held at:  825 North Capitol Street, NE |
| Webb Elementary School, ) | Eighth Floor |
| Respondent. ) | Washington, D.C. 20002 |


**Parent:**                                            Nicole Dixon
                                                       1475  Columbia Road, NW Apt. No. 202
                                                       Washington, D.C. 20009

**Counsel for the Parent/Student:**                    Cathy Braxton, Esq.
                                                       217  15th  Street, NE
                                                       Washington, D.C. 20002

**District of Columbia Public Schools:**               Michael Levy, Esq., Attorney-Advisor
                                                       Office of the General Counsel, DCPS
                                                       825 North Capitol Street, NE  9th Floor
                                                       Washington, D.C. 20002


An index of names is attached hereto for the benefit of the parties. The index will permit the parties to
identify specific witnesses and other relevant witnesses. The index will be detached before release of this
Settlement Agreement as a public record.

Plaintiffs' Ex. E:1

## JURISDICTION

The hearing teleconference convened under Public Law 105-17, The Individuals with Disabilities Education Act Amendments of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia Municipal Regulations and Section 145, D.C. Appropriations Act, effective October 21, 1998.

## STATEMENT OF THE CASE

On November 27, 2002, Counsel for the Parent filed the herein Request for Mediation/Hearing on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of failure to evaluate in all areas of suspected disability and of inappropriateness of IEP and placement.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 3:00 P.M., Friday, January 31, 2003 at DCPS Headquarters, 825 North Capitol Street, NE, 8th Floor, Washington, D.C. 20002.

The hearing officer called the hearing to order as scheduled when the parties announced they had settled.

### The SETTLEMENT AGREEMENT

On or before March 10, 2003, DCPS agrees to complete psycho-educational, speech/language and adaptive physical education evaluations along with a social history, convene an MDT/IEP meeting and complete an IEP. Should a public placement be recommended, a Notice of Placement will be issued in 5 school days of the said MDT/IEP meeting; should the recommendation be for a non-public placement, the Notice of Placement will be issued in 30 calendar days.

For disputes arising under this Settlement Agreement, either party may request an expedited hearing.

Meetings are to be scheduled through Counsel for the Parent except that,

for everyday of unavailability of parent/student/Counsel for the Parent,
the deadlines herein will be extended one day.

Issues as to compensatory education are reserved.

_____    Date: _FEBRUARY__ 10_ 2003
H. St. Clair, Esq., Hearing Officer

Issued: ___2-10-03___
Student Hearing Office, DCPS

## INDEX OF NAMES for Auzhane Dixon
**Hearing Date:** January 31, 2003

Appearing on behalf of DCPS: None.

Appearing on behalf of the parent/student:

1. Nicole Dixon, mother

No testimony was taken.

## Memorandum

To:      Finance Department

From:   James Baxley - General Counsel Office

Date:    July 2, 2003

Subject**: Attorney Invoices Approved for Payment**

Please see attached the following invoices with approved amount for payment.

| Item | Attorney | Student | Approved Payment |
|------|----------|---------|------------------|
| 1 | Cathy Braxton | Auzhane Dixon | 2021.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | $ 2021.25 |

Kindly acknowledge receipt by signing and return copy.

James Baxley

Finance Department Representative                    Date

Kimberly Reynolds

2-3-03

Plaintiffs' Ex. E:2

## Appendix 2:  New Disputed Item and Approval Payment Calculation Form

Student        Auzhane Dixon
Period         11/23/02-1/31/03
Attorney       Dalton & Dalton
Attorney Rate          $175.00
Total of Invoice       $2,975.00

| Date | Disputed Service | Basis for Dispute | Attorney Rate | SUBMITTED Time (Hour) | SUBMITTED Amount $ | Rate | APPROVED Time (Hour) | APPROVED Amount $ | DISPUTED AMOUNT Time (Hour) | DISPUTED AMOUNT Amount $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 18/03 | Retrieval of Records at Webb ES | Excessive Time Billed | 175 | 1 | $ 175.00 | 175 | 0.4 | $    - | | $ 105.00 |
| 1/14/2003 | Review Educational Documentation | Excessive Time Billed | 175 | 1.5 | $ 262.50 | 175 | 0.9 | $ 157.50 | | $ 105.00 |
| 1/16/2003 | Prep of N. Dixon for Direct Examinatio | No Testimony was given | 175 | 1.75 | $ 306.25 | 175 | 0 | $    - | | $ 306.25 |
| 1/18/2003 | Prep of E. Bunton for Direct Examinati | No Testimony was given | 175 | 1.5 | $ 262.50 | 175 | 0 | $    - | | $ 262.50 |
| | Prep of A. Griggs for Direct Examinati | No Testimony was given | 175 | 1 | $ 175.00 | 175 | 0 | $    - | | $ 175.00 |
| 1/19/2003 | Prep of Cross examination | No Testimony was given | 175 | 1 | $ 175.00 | 175 | 0 | $    - | | $ 175.00 |
| | Prep of Cross examination | No Testimony was given | 175 | 1.75 | $ 306.25 | 175 | 0 | $    - | | $ 306.25 |
| 1/28/2003 | Phone Conversation w/M. Levy | Non Professional Services | 175 | 0.25 | $  43.75 | 175 | 0 | $    - | | $  43.75 |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | $    - | | | $    - | | $    - |
| | | | | | | | | | | |
| | | Total Contested Amount | | 9.75 | $ 1,706.25 | | 1.3 | $ 227.50 | 0 | $ 953.75 |
| | | Rate Adjustment | | | $    - | | | $    - | 0 | $    - |
| | | Rate Adjustment | | | $    - | | | $    - | 0 | $    - |
| | | Rate Adjustment | | | $    - | | | $    - | 0 | $    - |
| | | Rate Adjustment | | | $    - | | | $    - | 0 | $    - |
| | | Rate Adjustment | | | $    - | | | $    - | 0 | $    - |
| | | TOTAL RATE ADJUSTMENT | | | | | | | | $    - |

JUSTIFICATION AND APPROVAL AMOUNT CALCULATION

| | | | |
|---|---|---|---|
| Total Amount of Invoice | $ | 2,975.00 | Correct |
| Contested Amount | $ | 953.75 | Correct |
| Summary Rate Adjustment | $ | - | Correct |
| Approved For Payment | $ | 2,021.25 | |

Plaintiffs' Ex. E:3

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *Office of Compliance*
# CONFIDENTIAL

## Charles R. Jones, Esq., Due Process Hearing Officer

825 North Capitol Street, N.E.  8th Floor
Washington, D.C.  20002
Facsimile: (202) 442-5556

| | |
|---|---|
| **In the Matter of** | **IMPARTIAL DUE PROCESS** |
| **Jerome Fletcher**  (Student),<br>Date of Birth: 05-27-87 | **HEARING OFFICER'S DECISION** |
| **Petitioner,** | Hearing Date:  August 27, 2003 |
| vs. | |
| **The District of Columbia Public Schools,**<br>Spingarn High School | Held at:  825 North Capitol Street, NE<br>Eighth Floor<br>Washington, D.C. 20002 |
| **Respondent.** | |

Parent                                      Unknown

Counsel for Student                Cathy A. Braxton, Equire
                                              Law Office of Cathy A. Braxton
                                              217 15th Street, N.E.
                                              Washington, DC   20002

Counsel for School:                Melisa Bennett, Attorney- Advisor
                                              Office of the General Counsel, DCPS
                                              825 North Capitol Street, N.E., 9th Floor
                                              Washington, D.C. 20002

Plaintiffs' Ex. F:1

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *OFFICE OF COMPLIANCE*

### Special Education Due Process Hearing

## I. INTRODUCTION

On July 31, 2003, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the student, Cathy Braxton, Esq. The request alleges DCPS failed to timely perform reevaluations of Jerome Fletcher.

A Due Process Hearing was convened on August 27, 2003, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Melisa Bennett, Attorney-Advisor, represented DCPS. Cathy Braxton, Esq., represented the student at the hearing.. Disclosure Letters were introduced into the record. On behalf of the parent: Disclosure Letter dated August 20, 2003: JF-1 through 2. On behalf of DCPS: Disclosure Letter dated August 20, 2003. Counsel for the parent waived the formal reading of the Due Process Rights.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to timely perform reevaluations?

2.

## IV.    SUMMARY OF RELEVANT EVIDENCE

At the commencement of the Hearing, the parties represented that they agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an order.

## V.    FINDING OF FACTS

The Hearing Officer makes the following finding of facts:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms are approved and incorporated into an Order.

### Based upon the foregoing, IT IS HEREBY ORDERED:

1. DCPS shall, within forty-five (45) calendar days of the issuance of the HOD, perform a Psycho-Educational evaluation, Vocational evaluation and a Social History.

2. DCPS shall, within forty-five (45) calendar days of the issuance of the HOD, convene a MDT/IEP meeting to review all evaluations, review and revise the student's IEP, if warranted, and discuss and determine placement for the 2003-2004 school years.

3. If the placement is to a public school, DCPS shall issue a NOPP within five (5) calendar days from the MDT/IEP meeting. If the placement is to a non-public school, DCPS shall issue a NOPP within thirty- (30) business days from the MDT/IEP meeting.

4. The MDT/IEP shall discuss compensatory education and determine if compensatory is warranted. If warranted, the team shall determine the amount of hours, the format and form of compensatory education.

5. All communications and notices shall be sent through parent's counsel.

6. Any delay in the above time frames caused by the parent or parent's counsel shall result in an extension of one day for each day of delay.

## VI.    **APPEAL PROCESS**

This is the **FINAL ADMINISTRATIVE DECISION. Appeals may be made to a court of competent jurisdiction within thirty (30) days from the date this decision was issued.**

Date Filed: 09-15-03

Charles R. Jones, Esq., Hearing Officer

Date Issued: 9/15/03

4.

**District of Columbia Public Schools**
**Office of General Counsel**
**825 North Capitol Street, NE, 9th Floor**
**Washington, DC 20002-1994**
**Phone 202-442-5000 Fax 202-442-5098**

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH A DISABILITIES EDUCATION ACT**

1.    **Attorney Information**
Law Firm                              Sole Practitioner
Attorney                              Cathy A. Braxton
Attorney's Federal Tax ID#            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
D.C. Bar #                            441105

2.    **Student Information**
Name                                  Jerome Fletcher
DOB                                   5/27/87
Date of Determination (HOD/SA)        8/27/03
Parent/Guardian Name                  Lisa Fletcher
Parent/Guardian Address               400 6th Street, SW, DC 20024

Current School                        Spingarn High School

3.    **Invoice Information**
Invoice Number
Date Request Submitted                10/10/03
Date Services Rendered                7/7/03-8/27/03
Amount of Payment Request             $2700.00

4.    **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;
The entire amount requested on the enclosed invoice for payment of costs and
expenses represents the actual amount of costs and expenses incurred;
The District of Columbia Public Schools is the sole entity from which payment of
the fees, costs and expenses itemized on the enclosed invoice is requested;
No attorney or law firm who either (1) provided services listed on the enclosed
invoice, or (2) will benefit from any monies paid as a result of the submission of
the enclosed invoice, has a pecuniary interest, either through an attorney, officer
or employee of the firm, in any special education diagnostic services, schools, or
other special education services providers;

I understand that the making of a false statement to any agency of the DC Government is punishable by criminal penalties to D.C. Code Section 22-2405.

Signature

Date 10/10/03

LAW OFFICE OF
**CATHY A. BRAXTON**
217 15ᵀᴴ Street, NE,
Washington, D.C. 2002
(tel.) 202.487.6528
(fax) 202.232-3025

## Billing Invoice

Name of Student:   Jerome Fletcher

Date of Birth:      5/27/87

Date of Hearing:    August 27, 2003

Attorney Rate:      $200.00 per hour

| Description of Duties | Time | Date | Amount Due |
|---|---|---|---|
| Retrieval of Records | 1.0 | 7/7/03 | 200.00 |
| Review of Records for Due Process Hearing | 1.0 | 7/7/03 | 200.00 |
| Discussion with Mr. Jesse Goode GAL, regarding testifying at A due process hearing | 1.0 | 7/8/03 | 200.00 |
| Draft Due Process Request | 1.0 | 7/20/03 | 200.00 |
| Research law and regulations And cases regarding denial of FAPE; and Evaluations | 1.0 | 7/15/03 | 200.00 |
| Direct Examination Preparation For Jesse Goode | 1.0 | 7/21/03 | 200.00 |
| Direct Examination Preparation For social worker, Jerome Fletcher | 1.5 | 7/24/03 | 300.00 |

Plaintiffs' Ex. F:3

| | | | |
|---|---|---|---|
| Cross Examination Preparation for Spingarn Special Education Coordinator, DCPS | 2.0 | 7/28/03 | 400.00 |
| Draft Five Day Disclosure | 1.0 | 8/15/03 | 200.00 |
| Due Process Hearing Appearance | 1.0 | 8/27/03 | 200.00 |
| Draft Letter to Compel Witnesses | 1.0 | 8/1/03 | 200.00 |
| Discuss Due Process Hearing with mother, Lisa Fletcher | 1.0 | 8/2/03 | 200.00 |
| | **TOTAL** | | **2700.00** |



District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington. DC 20002-1944

| | | | | |
|---|---|---|---|---|
| **Attorney Firm** | Cathy Braxton | **Dates of Service** | 7/1/2003 | to 8/27/2003 |
| **Student** | | **OGC Control** | 5260 | |
| **Date Received** | 6/29/2006 | **Attorney Invoice** | | |
| **HOD DATE** | 8/27/2003 | **Fiscal Year** | 2005 | |

## Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| **Attorney's Fees** | $2.700.00 | $1.700.00 |
| **Expert/Advocate Fees** | $0.00 | $0.00 |
| **Attorney's Expenses** | $0.00 | $0.00 |
| **TOTA** | $2.700.00 | $1.700.00 |

| | |
|---|---|
| **Total Before Partial Payment** | $1.700.00 |
| **Partial Paymen** | $0.00 |
| **Total Amount Approved** | $1,700.00 |

## Disputes

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5260 | | Cost | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5260 | | Expert/ Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 5260 | 7/7/2003 | Fee | Record Retrieval | Administrative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5260 | 7/21/2003 | Fee | Direct Exam Preparation | Duplicative | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| 5260 | 7/28/2003 | Fee | Cross Exam Preparation | Duplicative | $200.00 | 2 | $400.00 | $0.00 | 0 | $0.00 | 2 | $400.00 |
| 5260 | 8/27/2003 | Fee | Hearing Attendance/Etc | Unsubstantiated | $200.00 | 1 | $200.00 | $0.00 | 0 | $0.00 | 1 | $200.00 |
| **Totals** | | | | | | | $1,000.00 | | | $0.00 | | $1,000.00 |

**Attorney Charges**

| | |
|---|---|
| Invoiced Attorney Fee Amount | $2,700.00 |
| Disputed Attorney Fee Amount | $1,000.00 |
| Pre-Cap Approved Attorney Fee Amount | $1,700.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 |
| Approved Attorney Fees | $1,700.00 |

**Expert/Advocate Charges**

| | |
|---|---|
| Total Invoiced Expert Charges: | $0.00 |
| Disputed Expert Fee | $0.00 |
| Approved Expert Fee | $0.00 |

**Attorney Expenses**

| | |
|---|---|
| Invoiced Attorney Expenses | $0.00 |
| Disputed Attorney Expenses | $0.00 |
| Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By:

| | | |
|---|---|---|
| Attorney Fee Cap Amount: | $4,000.00 | |
| Cathy Braxton | 5260 | Page 1 of 1 |

Plaintiffs' Ex. F:4