## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D. B.** *et al.* | ) |
| | ) |
| **Plaintiffs** | ) |
| **v.** | ) |
| | ) **Civil Action No: 1:06cv00017 (GK)** |
| **District of Columbia** | ) **Next Date: None Set** |
| | ) |
| **Defendants** | ) |

## ORDER

Upon consideration of the Defendant's Motion for Dismissal of the Complaint, or in the Alternative, for Partial Dismissal of the Complaint with Regard to Plaintiffs Perkins, Estes, Roscoe and Santo, and the Plaintiffs' Memorandum of Points and Authorities in Opposition thereto, it is hereby **ORDERED** that:

The Defendant's motion for dismissal is **DENIED**.

_____
Date

_____
Gladys Kessler
UNITED STATES DISTRICT JUDGE