UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHEILA ANN PERKINS, *et al.,*<br>Parent and Next Friend of D.B., a Minor,[1]<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | Civil Action No. 06-0017 (GK)<br>Next Scheduled Deadline: None Set |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE ITS (1) ITS OPPOSITION TO PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT AND (2) ITS REPLY TO PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION FOR DISMISSAL**

Defendant District of Columbia, through counsel, and pursuant to Fed. R. Civ. Pro. 6(b)(1), respectfully requests an enlargement of time to Thursday, August 31, 2006, to file (1) its opposition to Plaintiffs' July 29, 2006,[2] Motion for Summary Judgment and (2) its reply to Plaintiffs' August 10, 2006, Opposition to Defendant's Motion for Dismissal. The opposition would be due today, August 14, 2006, and the reply would be due August 22, 2006, if applying the local federal rules. *See* LCvR 7(b) and (d) (eleven days for filing oppositions and five days for filing replies); *see also* Fed. R. Civ. Pro. 6(e); 5(b)(2)(D); LCvR 5.4 (three extra days for service by electronic filing).

In a July 5, 2006, Minute Order, this Court granted Plaintiffs' request for an enlargement of time to file her Summary Judgment Motion, setting a new deadline of

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2). Further, minors lack the legal capacity to file law suits; thus, the proper plaintiff is Sheila Perkins—D.B.'s guardian, not D.B.
[2] Plaintiffs' motion was originally filed with July 26, 2006, but the large attachment could not be opened and was not re-filed until July 29, 2006.

August 10, 2006. That Minute Order did not alter the remaining deadlines, and the Defendant here requests that the deadline for filing both its opposition and its reply be extended to August 31, 2006. This date is consistent with the time frame originally contemplated by this Court in its March 22, 2006, Scheduling Order (which allowed the parties over a month to respond to the dispositive motions and two weeks to file replies).

On August 10, 2006, pursuant to LCvR 7.1 (m), the undersigned counsel sought and received consent from Plaintiffs' counsel for the enlargement of time. Plaintiffs' counsel informed the undersigned counsel that Plaintiffs will file their Reply in due course.

Plaintiffs will not be prejudiced by the granting of this motion.

For the reasons stated herein, and pursuant to Fed. R. Civ. P. 6(b)(1), Defendant requests that this Court enlarge the time to Thursday, August 31, 2006, to file its opposition, and its reply .

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
Eden.Miller@dc.gov

August 14, 2006

## POINTS AND AUTHORITIES

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure; and

2. The inherent power of the Court.