UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHEILA ANN PERKINS, *et al.*,<br>Parent and Next Friend of D.B., a Minor,[1]<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | Civil Action No. 06-0017 (GK)<br>Next Scheduled Deadline: None Set |

## ORDER

Upon consideration of "Defendant's Consent Motion for Enlargement of Time to File (1) Its Opposition to Plaintiffs' Motion for Summary Judgment and (2) Its Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment," and the record herein, it is, on this ___ day of August, 2006**:**

1. **ORDERED** that Defendants' motion is **GRANTED**; and it is

2. **FURTHER ORDERED,** that Defendants' time to respond is enlarged to and including August 31, 2006.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).