UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA ANN PERKINS, Parent and Next Friend of D.B., a Minor,[1] *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, A municipal corporation, <br><br> Defendant. | Civil Action No. 06-0017 (GK) <br> Opposition and Reply due 08/31/06 |

## ORDER

Upon consideration of the parties' Joint Motion to Continue the Scheduling Order and the record herein, it is, on this ___ day of September, 2006**:**

1. **ORDERED** that the parties' motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that the defendant's deadline for filing its Opposition and Reply is continued to and including September 30, 2006; and it is

3. **FURTHER ORDERED** that the plaintiffs' deadline for filing their Reply shall be October 8, 2006.

                                                                                    _____
                                                                                    GLADYS KESSLER
                                                                                    UNITED STATES DISTRICT JUDGE

---

[1] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).