UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rolanda Avery,<br>parent of X.A., a minor ward of the<br>District of Columbia, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0441 (ESH) (JMF)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' PRAECIPE AND STIPULATION TO DISMISS CLAIMS OF
PLAINTIFFS A. C., D. G., A. G., B. H., D. T., R. T., J. W., and S. H.**

The parties, by and through their respective counsel, hereby stipulate and agree that the below-described claims of Plaintiffs A. C., D. G., A. G., B. H., D. T., R. T., J. W. and S. H., are not properly included in the instant complaint, and that said claims should, therefore, be dismissed without prejudice.

Pursuant to this Circuit's findings applying *Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.*, 532 U.S. 598, 600 (2001) to claims for attorneys' fees under the Individuals with Disabilities in Education Act, the claims of A. C., B. H., D. T., R. T., and J. W. must be dismissed because these claims arise out of private settlement agreements between the Plaintiffs and the District of Columbia Public Schools on the eve of the administrative due process hearing trial. Similarly, the claims of D. G. for $3,885.00, of A. G. for $1,535.00, and of B. H. for $770.00, must be dismissed, as they too arise out of private settlement agreements entered into by the Plaintiff and the

District of Columbia Public Schools prior to the administrative due process hearing trial.[1]

S. H.'s claim must be dismissed because the hearing officer determined that S. H. was not the prevailing party in the underlying administrative action.

Respectfully submitted,

/s/ **Angela T. Green**
Angela T. Green, # 484436
(202) 434-8252 (telephone)
(202) 220-3116 (facsimile)

**ANTHONY R. DAVENPORT, ESQ., P.C.**
601 Pennsylvania Avenue
Suite 900
Washington D.C. 20004

**Counsel for Plaintiffs**

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ **Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

/s/ **Eden I. Miller**
EDEN I MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (facsimile)

**Counsel for Defendants**

September 12, 2006

---

[1] D. G., A. G., and B. H. have additional claims in the complaint which are properly before this Court, and which should survive dismissal, as these claims arise out of hearing officer's determinations.

1