UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHEILA ANN PERKINS,[1] Parent and Next Friend of D.B., a Minor,[2] *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, A municipal corporation, <br><br> Defendant. | Civil Action No. 06-0017 (GK) <br> Opposition and Reply due 09/29/06 |

**JOINT MOTION TO FURTHER CONTINUE THE SCHEDULING ORDER**

The parties respectfully request that this Court continue the Scheduling Order for thirty days, to and including October 30, 2006, so that the parties can finalize their settlement agreement.

At this point, the parties have agreed to the conditions of the settlement, but have not yet finalized the necessary paperwork. Currently, both the defendant's Opposition to Plaintiffs' Motion for Summary Judgment and the defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss are due today, September 29, 2006, with Plaintiffs' Reply to Defendant's Opposition due later. The parties here request that all remaining currently-scheduled filing dates herein be enlarged by 30 days. Neither party would be prejudiced by the granting of this motion.

---

[1] Because a minor lacks the legal capacity to bring and maintain a law suit, the proper plaintiff in this case would be D.B.'s guardian, Sheila Ann Perkins, not D.B.

[2] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 6(b)(1).

2. The inherent power of the Court.

3. The record herein.

Respectfully Submitted,

| | |
|---|---|
| ROBERT J. SPAGNOLETTI<br>Attorney General of the District of Columbia | **/s/ Angela T. Green**<br>Angela T. Green, Esq. [#484436] |
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division | ANTHONY DAVENPORT, ESQ., P.C.<br>601 Pennsylvania Avenue, Suite 900<br>Washington, D.C. 20004<br>202-434-8252 (telephone) |
| **/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH [#012914]<br>Chief, Equity Section 2 | 202-220-3116 (facsimile)<br><br>Counsel for Plaintiffs |

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
Eden.Miller@dc.gov

Counsel for Defendant

September 29, 2006