UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA ANN PERKINS,[1] Parent and Next Friend of D.B., a Minor,[2] *et al.*, <br><br>   Plaintiffs, <br><br>   v. <br><br> DISTRICT OF COLUMBIA, A municipal corporation, <br><br>   Defendant. | Civil Action No. 06-0017 (GK) <br> Opposition and Reply due 09/29/06 |

### ORDER

Upon consideration of the parties' Joint Motion to Further Continue the Scheduling Order and the record herein, it is, on this _____ day of September, 2006**:**

1. **ORDERED** that the parties' motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that the defendant's deadline for filing its Opposition and Reply is continued to and including October 30, 2006; and it is

3. **FURTHER ORDERED** that the plaintiffs' deadline for filing their Reply shall be November 8, 2006.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

---

[1] Because a minor lacks the legal capacity to bring and maintain a law suit, the proper plaintiff in this case would be D.B.'s guardian, Sheila Ann Perkins, not D.B.

[2] All minors will be referred to only by their initials, pursuant to LCvR 5.4(f)(2).