# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEILA ANN PERKINS, | ) | |
| Parent and Next Friend of | ) | |
| D.B., a Minor, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0017 (GK) |
| | ) | Opposition and Reply due 10/30/06 |
| DISTRICT OF COLUMBIA, | ) | |
| A municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR DISMISSAL OF THE CASE

The parties, through counsel, respectfully move this Court to dismiss the present

case, as all outstanding issues have been resolved.  Attached hereto is a joint proposed

order.

Respectfully submitted,

**/s/ Angela T. Green**
Angela T. Green, # 484436
Columbia
(202) 434-8252 (telephone)
(202) 220-3116 (facsimile)

**ANTHONY R. DAVENPORT, ESQ., P.C.**
601 Pennsylvania Avenue
Suite 900
Washington D.C. 20004

**Counsel for Plaintiffs**

ROBERT J. SPAGNOLETTI
Attorney General of the District of

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (facsimile)

**Counsel for Defendants**

October 26, 2006