UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEILA ANN PERKINS, )
Parent and Next Friend of )
D.B., a Minor, *et al.,* )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-0017 (GK)
)
DISTRICT OF COLUMBIA, )
A municipal corporation, )
)
Defendant. )

## ORDER

By consent of the parties, it is, on this _____ day of October, 2006, hereby

**ORDERED,** that the District of Columbia will pay to the plaintiffs' counsel, Angela T. Green, $4,000.00 in attorneys' fees and costs for work in the above-captioned civil action; and it is

**FURTHER ORDERED,** that the District of Columbia Public Schools will pay $8,423.75 in attorneys' fees and costs for work in the administrative proceedings; and it is

**FURTHER ORDERED,** that all payment shall be made within 60 days of the execution of this Settlement Agreement, and on the 61st day, interest shall accrue, pursuant to 28 U.S.C. § 1961; and it is

**FURTHER ORDERED,** that the above-mentioned agreement of the parties resolves all claims by the plaintiffs and their counsel in the above-captioned case, and extinguishes all of the defendant's alleged liabilities for such claims; and it is

2

**FURTHER ORDERED,** that this case is **DISMISSED WITH PREJUDICE.**

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE